An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTONIO COCA A/K/A ANTHONY ALVARAS,
Appellants,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63566

**FILED**

SEP 09 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is a proper person appeal from an order denying a motion to correct a clerical error. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to correct a clerical error, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-26554

cc: Hon. Carolyn Ellsworth, District Judge
Antonio Coca
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk